IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-104-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.    **HENRY ANTHONY EVANS,**

        Defendant.

## ORDER

Kane, J.

      THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defendant (doc. #26), filed July 25, 2011.

      HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

      ORDERED that the Government's motion is granted, and that Grand Jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case. It is further

      ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

      Dated:  July 25, 2011.                BY THE COURT:

                                                *s/John L. Kane*
                                                SENIOR U.S. DISTRICT JUDGE
                                                UNITED STATES DISTRICT COURT