IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-104-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    HENRY ANTHONY EVANS,**

        Defendant.

---

### ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS TO PRIVATE INVESTIGATOR

---

Kane, J.

**THIS MATTER** comes before the Court upon the Defendant, Henry Anthony Evans' motion to permit private investigator access to Grand Jury Materials (Doc. #28). Having reviewed the Defendant's Motion and being otherwise fully advised in the premises, the Court finds that Defendant's Motion to Permit Private Investigator Access to Grand Jury Materials, should be and hereby is, **GRANTED.** It is

**FURTHER ORDERED** that Defendant shall provide the private investigator with this Court's Order of July 25, 2011 (Docket #27) and instruct the private investigator that such materials shall only be used in defending this case; and that the private investigator shall not reproduce or disseminate the same.

Dated:  August 10, 2011        BY THE COURT:

                                                    *s/John L. Kane*
                                                    SENIOR U.S. DISTRICT JUDGE
                                                    UNITED STATES DISTRICT COURT