IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 16-cv-00131-JLK
Criminal Action No. 11-cr-00104-JLK-1

UNITED STATES OF AMERICA,

v.

HENRY ANTHONY EVANS,

Defendant.

_____

ORDER

_____

After preliminary consideration of the defendant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before February 23, 2016, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  January 21, 2016

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge